UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JOSEPH PEREZ,

    Plaintiff,

v.

CHARLES DANIELS, et al.,

    Defendants.

Case No. 2:21-cv-02059-GMN-EJY

**ORDER**

On March 21, 2022, Plaintiff filed an Amended Complaint in which he alleged claims against sixteen Defendants. ECF No. 6 at 1-2. On June 13, 2022, the Court issued a screening order of the Amended Complaint and allowed claims to proceed against defendants Jamie Cabrera, B. Gutierez, Arhynard, A. Buen, "C," Charles Daniels, Calvin Johnson, Nino Perzt, Malo, Jackie, Jones, Julie Williams, and Gary Piccinini. ECF No. 10 at 11.

On September 27, 2022, the Attorney General filed a Notice of Acceptance of Service on behalf of the following Defendants: Arturo Buen, Jaymie Cabrera, Charles Daniels, Benedicto Gutierrez, Calvin Johnson, Nonilon Peret, Gary Piccinini, and Julie Williams. ECF No. 16 at 1. The Attorney General stated that service was not accepted on behalf of the following Defendants based on a lack of identifying information: Arhynard, "C," Malo, Jackie, and Jones. *Id.* at 2.

In his Amended Complaint, Plaintiff provides the following information regarding the five Defendants who have not accepted service:

- Defendant Arhynard as an "RTRN" at High Desert State Prison ("HDSP");
- Defendant "C" as an "RNII" at HDSP;
- Defendant Malo as a "CNII" at HDSP;
- Defendant Jackie as a "Pill call nurse" at HDSP; and
- Defendant Jones as an "RN" at HDSP.

ECF No. 6 at 4-5. Plaintiff provides no other identifying information relating to the aforementioned Defendants.

1

Accordingly, IT IS HEREBY ORDERED that on or before **October 21, 2022** Plaintiff must file a report with the Court providing additional identifying information for Defendants Arhynard, "C," Malo, Jackie, and Jones. Such information may include first names where none is provided, last names where none is provided or a full name for the defendant identified as "C."

IT IS FURTHER ORDERED that failure to timely respond to this Order or if Plaintiff is unable to provide additional information regarding Defendants Arhynard, "C," Malo, Jackie, and Jones sufficient to allow service, the Court will recommend dismissal of these Defendants without prejudice for failure to complete service of process under Fed. R. Civ. P. 4(m).

DATED this 30th day of September 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

.