UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH PEREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES DANIELS, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-02059-GMN-EJY<br><br>**ORDER** |

　　　　In Plaintiff's First Amended Complaint (ECF No. 6 at 1-2) he identifies sixteen Defendants. The Attorney General's Office did not accept service on behalf of five of these individuals. ECF No. 16 at 2. Four of these five Defendants include: (1) Arhynard, identified as an "RTRN"; (2) Malo, identified as a "CNII"; (3) Jackie, identified as a "Pill call nurse"; and (4) Jones, identified as an "RN." ECF No. 6 at 4-5. The fifth defendant is identified only as "C." *Id.* at 5. All five Defendants are alleged to work at High Desert State Prison. *Id.* at 4-5.

　　　　The Court issued an Order requiring Plaintiff to provide additional information on each of these defendants to the best of his ability to do so. ECF No. 17. Plaintiff filed an affidavit (ECF No. 18) explaining that he has no additional information regarding the names of any of these defendants; however, he provided a physical description of Defendants Malo, Jackie, and Jones. *Id.* at 2. The descriptions are as follows: (1) "Malo is of … [Asian decent] maybe Filipin[o] very thin, glasses, long [black] hair and works mostly mental Health unit"; (2) "Jackie is a heavy set African American lady [approximately] 5'8"; and (3) "Mrs. Jones is a slim African American [approximately] 5'3" with [black] wig shoulder length and wears a round fishing looking hat every day." *Id.*

　　　　Based on the foregoing, IT IS HEREBY ORDERED that no later than November 9, 2022, the Nevada Attorney General's Office must file a Status Report advising the Court whether any of the above named Defendants for whom service has not been accepted can be identified and, if so, whether the Attorney General accepts service on behalf of any of these identified Defendants. If service is accepted, the Defendant's responsive pleading is due 60 days after the date on which the

1

Status Report is filed. If service is not accepted for an identified Defendant, the Nevada Attorney General must file under seal, and without serving Plaintiff, the last known address of such Defendant concomitant with the filing of the Notice. If a Defendant cannot be identified, the Status Report shall clearly state the same.

DATED this 19th day of October 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

.