**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOSEPH PEREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CHARLES DANIELS, *et al.*<br><br>  Defendants. | Case No. 2:21-cv-02059-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Defendants' Motion to Modify ECF No. 32 and Extend the Time to File Dispositive Motions. ECF No. 42. Defendants state Plaintiff issued revised responses to discovery received by the Office of Attorney General on November 13, 2023. Defendants further state that the supplemental responses identified up to sixteen grievances Plaintiff claims have operated to exhaust his claim. As a result, Defendants seeks to modify the Scheduling Order at ECF No. 32 and extend the dispositive motion deadline thirty days to allow for the filing of dispositive motions until December 28, 2023. If the requested extension is granted, the due date for dispositive motions would be applicable to all parties.

Because the timing of the request does not allow for ordinary briefing, IT IS HEREBY ORDERED that counsel for Defendants **must** arrange to contact Plaintiff and provide to the Court a status report **no later than December 1, 2023** advising if (1) Plaintiff was contacted and (2), if so, whether Plaintiff opposes the extension requested.

DATED this 22th day of November, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE