**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

JOSEPH PEREZ,

        Plaintiff,

    v.

CHARLES DANIELS, *et al.*

        Defendants.

Case No. 2:21-cv-02059-GMN-EJY

**ORDER**

      Pending before the Court is Defendants' Motion to Modify ECF No. 32 and Extend the Time to File Dispositive Motions.  ECF No. 42.  Because the timing of the request did not allow for ordinary briefing, the Court issued an Order on November 22, 2023, instructing Defendants to contact Plaintiff and provide the Court with a status report no later than December 1, 2023 advising whether Plaintiff was contacted and if so, whether Plaintiff opposes the extension requested.  ECF No. 43.  On November 29, 2023, Plaintiff filed a Response to the Motion stating he does not understand proper procedure and that he has submitted "more than enough proof" of his allegations in this matter to Defendants.  ECF No. 44.  The Court finds Plaintiff's Response does not address Defendants' extension request, thus consenting to the Motion.  *La Mojarra Loca, Inc. v. Wells Fargo Merch. Servs. LLC*, Case No. 2:19-CV-725-JCM-CWH, 2019 WL 6499108, at \*2 (D. Nev. Dec. 3, 2019).

      Accordingly, IT IS HEREBY ORDERED that Defendants' Motion to Modify ECF No. 32 and Extend the Time to File Dispositive Motions (ECF No. 42) is GRANTED.

      IT IS FURTHER ORDERED that the dispositive motion deadline is extended to December 28, 2023, and the deadline to file the joint pretrial order is also extended accordingly.

      DATED this 29th day of November, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE