AARON D. FORD
Attorney General
LEO T. HENDGES (Bar No. 16034)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-3795 (phone)
(702) 486-3768 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Defendants*
*Maria Blanco, Arturo Buen,*
*Jaymie Cabrera, Charles Daniels,*
*Benedicto Gutierrez, Calvin Johnson,*
*Jacqueline Jones, Toni McGee,*
*Nonilon Peret, Gary Piccinini,*
*Arianna Rhynard, and Julie Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-02059-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Joseph Perez on the one hand, and Defendants Maria Blanco, Arturo, Buen, Jaymie Cabrera, Charles Daniels, Benedicto Gutierrez, Calvin Johnson, Jacqueline Jones, Toni McGee, Nonilon Peret, Gary Piccinini, Arianna Rhynard, and Julie Williams, by and through their counsel, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General on the other hand, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 5th day of February, 2025.

By: /s/ Joseph Perez
Joseph Perez
Plaintiff

DATED this 23rd day of August, 2024

AARON D. FORD
Attorney General

By: /s/ Leo T. Hendges
LEO T. HENDGES (Bar No. 16034)
Senior Deputy Attorney General
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is kindly directed to close the case.

Dated this 11 day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE